UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY YEH,

Plaintiff,

v.

BELKIN INTERNATIONAL, INC.,

Defendant.

Case No.  26-cv-00847-TLT

**ORDER TRANSFERRING CASE TO CENTRAL DISTRICT**

ECF 21, 24, 26

The above-captioned case was improperly filed in the United States District Court for the Northern District of California.  Plaintiff's claims arise from events that occurred in  Los Angeles, California, which is located in the Central District.

Based on the forum selection clause contained in the Wemo Terms of Use, which designates Los Angeles, California as the appropriate venue for disputes relating to Wemo, the Court finds that transfer is warranted under 28 U.S.C. §1404(a).  Pursuant to N.D. Cal. L.R. 7-3(b), Plaintiff Henry Yeh also agrees and filed a non-opposition to Defendant's Request to Transfer this case to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404. ECF No. 21 at 14, ECF 26.

Accordingly, the Clerk shall **TRANSFER** this action to the United States District Court for the Central District, where proper venue lies because a substantial part of the events or omissions giving rise to the claims occurred there.  *See* 28 U.S.C. §§ 1404(a) , 1391(b), 1406(a). All previously set dates are hereby VACATED. This order resolves ECF 21.

**IT IS SO ORDERED.**

Dated: May 11, 2026

_____
TRINA L. THOMPSON
United States District Judge